```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   LGN INTERNATIONAL, LLC,                                  :
                                        Plaintiff,          :
                                                            :         20 Civ. 3185 (LGS)
                        -against-                           :
                                                            :         ORDER
   HYLAN ASSET MANAGEMENT, et al.,                          :
                                        Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Orders at Dkt. Nos. 7 and 16, required the parties to file a proposed case management plan and joint letter by August 6, 2020;

WHEREAS, the parties filed a proposed case management plan, *see* Dkt. No. 23, but failed to timely submit the joint letter; it is hereby

**ORDERED** that, by **August 10, 2020, at noon**, the parties shall file the joint letter.

Dated: August 7, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**