UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LGN INTERNATIONAL, LLC AND PRUDENT
INVESTIMENTOS LTDA,

                    Plaintiffs,

    -v-

HYLAN ASSET MANAGEMENT, LLC et al.,

                  Defendants.

CIVIL ACTION NO.: 20 Civ. 3185 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned to manage general pre-trial matters. (ECF No. 32).  The Honorable Lorna G. Schofield granted Plaintiffs until September 11, 2020 to file proof of service on the remaining Defendants (ECF No. 224) but Plaintiffs intend to file an amended complaint.  (ECF No. 31).  In order to move this case forward, notwithstanding the parties' agreed upon deadline of December 7, 2020 to file amended pleadings (ECF No. 23), Plaintiffs are directed to file their amended complaint by **Monday, September 14, 2020**, and file proof of service on all Defendants by **Monday, October 12, 2020**.

Dated:     New York, New York
            August 12, 2020

                         SO ORDERED

                         SARAH L. CAVE
                         **United States Magistrate Judge**