UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------- x

LGN INTERNATIONAL, LLC, and,
PRUDENT INVESTIMENTOS LTDA,

                                Plaintiffs,

        - against -

HYLAN ASSET MANAGEMENT, LLC,
ANDREW SHAEVEL,
BAHAMAS MARKETING GROUP,
JOEL TUCKER,
SQ CAPITAL, LLC,
JT HOLDINGS, INC.,
HPD LLC,
HIRSCH MOHINDRA, and
MAINBROOK ASSET PARTNERS I, LLC,

                                Defendants.

No. 20-cv-3185-LGS

--------------------------------------------------------------------------- x

**DEFENDANTS HYLAN ASSET MANAGEMENT, LLC, ANDREW SHAEVEL, AND MAINBROOK ASSET PARTNERS I, LLC'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(3) & 12(b)(6)**

      Defendants Hylan Asset Management, LLC, Andrew Shaevel, and Mainbrook Asset Partners I, LLC (collectively "Moving Defendants"), by and through their attorneys Lippes Mathias Wexler Friedman LLP, and pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), hereby move this Court for an Order dismissing Plaintiffs' Amended Complaint (Dkt. 39) in its entirety, with prejudice.  This Motion is based upon the accompanying Declaration of Dennis C. Vacco, Esq., Memorandum of Law, Declaration of Andrew Shaevel (Exhibit 1), Plaintiff LGN International, LLC's registration from the Florida Department of State website (Exhibit 2), and Plea Agreement of Joel Tucker (Exhibit 3).

WHEREFORE, the Moving Defendants, respectfully request that this Court grant their Motion and dismiss Plaintiffs' Complaint with prejudice, together with any other and further relief this Court deems necessary and proper.

Dated: Buffalo, New York
November 12, 2020

                                                Respectfully submitted,

                                          LIPPES MATHIAS WEXLER FRIEDMAN LLP

                                          */s/Dennis C. Vacco*
                                          Dennis C. Vacco, Esq.
                                          *Attorneys for Hylan Asset Management, LLC &*
                                          *Mainbrook Asset Partners I, LLC*
                                          50 Fountain Plaza, Suite 1700
                                          Buffalo, New York 14202
                                          T: (716) 853-5100
                                          dvacco@lippes.com

To:    Anna Val, Esq.
        Broadway Legal PC
        *Attorneys for Plaintiffs*
        348 Coney Island Ave.
        Brooklyn, New York 11218
        T: (516) 591-0091
        annaval@lawyer.com