UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LGN INTERNATIONAL, LLC AND PRUDENT INVESTIMENTOS LTDA,

          Plaintiffs,

-v-

HYLAN ASSET MANAGEMENT, LLC et al.,

          Defendants.

CIVIL ACTION NO.: 20 Civ. 3185 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs are directed to file their proposed Second Amended Complaint ("SAC") (see ECF No. 55) by **Tuesday, January 19, 2021**. Defendants may rest upon their Motion to Dismiss (ECF Nos. 52–54) in opposition or may by **Tuesday, January 26, 2021** file a supplement up to ten pages in length addressing the SAC. Plaintiffs' opposition to the Motion to Dismiss shall be filed by **Tuesday, February 9, 2021**, and Defendants' reply, if any, shall be filed by **Tuesday, February 23, 2021**.

Dated:    New York, New York
             December 30, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge