UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LGN INTERNATIONAL, LLC, et al.,                               :
                                        Plaintiffs,           :
                                                              :           20 Civ. 3185 (LGS)
                -against-                                     :
                                                              :                 ORDER
HYLAN ASSET MANAGEMENT, LLC, et al.,                          :
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties have fully briefed Defendants' motion to dismiss the Second Amended Complaint. Dkt. Nos. 52, 53, 54, 68, 69, 70.

    WHEREAS, in the event the Court concludes that venue is improper pursuant to either the general federal venue statute, 28 U.S.C. § 1391(b), or the venue and process section of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §1965(a), this action may be dismissed or transferred to the United States District Court for the Western District of New York, where several Defendants reside. It is hereby

    **ORDERED** that, by **August 4, 2021**, each side (not party) shall file a letter, not to exceed five pages, stating whether (in lieu of dismissal) transfer to the Western District of New York or some other venue is proper based on "private-interest and public-interest considerations," including: "(1) the plaintiff's choice of forum, (2) the convenience of witnesses, (3) the location of relevant documents and relative ease of access to sources of proof, (4) the convenience of the parties, (5) the locus of operative facts, (6) the availability of process to compel attendance of unwilling witnesses, and (7) the relative means of the parties." *N.Y. Marine and Gen. Ins. Co. v. LaFarge No. Am. Inc.*, 599 F.3d 102, 112 (2d Cir. 2010).

Dated: July 29, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE